UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 APR 25 P 3: 57

CHANDER KANT

    Plaintiff,

v.

SETON HALL UNIVERSITY

    Defendant.

Cv. 00-5204 (WHW)

**CONTINGENT MOTION FOR STRIKING ATTORNEY'S APPERANCE**

On April 25, 2006, plaintiff terminated the services of his counsel, Antonia Kousoulas, and faxed to her the executed Substitution of Attorney form. Please see Exhibit 1. However, he has not yet received the Substitution of Attorney form duly signed by Ms. Kousoulas. Plaintiff moves the Court to strike Ms. Kousoulas appearance in case the Substitution of Attorney form is not filed with the Court within a reasonable period.

PLAINTIFF

*Chanderkant*

Chander Kant
Plaintiff
19 Birchwood Drive
Short Hills, NJ 07078
(973) 258-0956

Dated: April 25, 2006.

## **CERTIFICATION**

I hereby certify that on this date, I filed the within Notice of Motion and supporting documents with the Court, and served upon the following counsel in this matter by first class mail, postage prepaid:

    Howard B. Mankoff, Esq.
    Marshall Dennehey Warner Coleman & Groggin
    425 Eagle Rock Avenue
    Suite 302
    Roseland, NJ 07068
    Attorney for Defendant

                                            PLAINTIFF

                                            *Chandrkant*
                                            Chander Kant

Dated: April 25, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 APR 25  P 4: 02

CHANDER KANT

        Plaintiff,

v.

SETON HALL UNIVERSITY

        Defendant.

Cv. 00-5204 (WHW)

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consent to the substitution of Chander Kant, pro se, for Antonia Kousoulas, Kousoulas & Associates, 41 Madison Avenue, 40th Floor, Suite 4000, New York, NY 10010 as attorney for plaintiff, Chander Kant, in the above captioned matter.

Dated: April 25, 2006.

_____
Antonia Kousoulas, Esq.
Withdrawing

                                  *Chander Kant*
                            _____
                            Chander Kant, Pro se
                            Superceding

*Exhibit 1*

# FAX COVER SHEET

TO:  Antonia Kousoulas, Esq.
     Fax: 212-743-8120

FROM:  Chander Kant  *Chander Kant*
       Phone and Fax: 973-258-0956

TOTAL PAGES:  Two (including this cover sheet)

DATE:  April 25, 2006

SUBJECT:  Case against Seton Hall, Cv 00-5204

---

I have decided to go *pro se* in the above matter, and I hereby terminate your representation with immediate effect. Please sign the enclosed substitution of attorney form and fax it back to me forthwith.

Thank you for your co-operation.

hp officejet 4100 series 4110          Personal Printer/Fax/Copier/Scanner

Log for
Chander Kant
973-258-0956
4/25/2006   14:37

---

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 25 Apr | 14:36 | Fax Sent | 12127438120 | 0:38 | 2 | OK |