United States District Court
for the District of New Jersey

_____ :
: 
**CHANDER KANT** :
: Civil No. 00-5204
Plaintiff :
: Order of Reassignment
**SETON HALL UNIVERSITY** :
:
Defendant :
_____ :

It is on this 26 day of June 2009,

O R D E R E D that the entitled action is reassigned

from Judge William H. Walls to Judge Dennis M. Cavanaugh.


        S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court